CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

MAY 0 9 2006

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| **BERNARD BARNETT,**<br>    **Petitioner,** | ) <br> ) <br> ) |
| **v.** | ) |
| | ) |
| **BLEDSOE, et al.,**<br>    **Respondents.** | ) <br> ) <br> ) |

**Civil Action No. 7:06CV00255**

**FINAL ORDER**

**By: Hon. Jackson L. Kiser**
**Senior United States District Judge**

For the reasons stated in the accompanying memorandum opinion, it is now

### ORDERED

that the petition for writ of habeas corpus filed by the petitioner, pursuant to 28 U.S.C. § 2241, shall

be and hereby is **DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This ___9th___ day of May, 2006.

Senior United States District Judge